Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY & INDEMNITY CO., <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN WOLFSON GENERAL CONTRACTING, LLC, and JONATHAN WOLFSON, <br><br> Defendants. | No. 2:17-cv-01492-MAT <br><br> **STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## I. STIPULATION

Plaintiff Developers Surety & Indemnity Co. and Defendants Jonathan Wolfson General Contracting, LLC and Jonathan Wolfson, have settled all claims asserted in this lawsuit and hereby stipulate, through their respective counsel, that the lawsuit be dismissed

///

///

///

///

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – PAGE 1
Cause No.: No. 2:17-cv-01492-MAT

1969092 / 1408.0004

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

with prejudice and without costs or attorney fees to any party hereto and that the attached Order may be entered.

Dated this 6th day of Dec., 2017.          Dated this 5th day of December, 2017.

FORSBERG & UMLAUF, P.S.                    MICHAEL K. MURRAY, P.S.

_____                  _____
Carl E. Forsberg, WSBA #17025              Michael K. Murray, WSBA #5920
Kenneth J. Cusack, WSBA #17650             Attorney for Defendants Jonathan Wolfson
Attorneys for Plaintiff Developers Surety &   General Contracting, LLC and Jonathan
Indemnity Co.                              Wolfson

## I. ORDER

This matter, having come before this Court on the above Stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED that the instant lawsuit is dismissed with prejudice and without costs or attorney fees to any party hereto.

Dated: Dec 8, 2017

_____
Honorable Mary Alice Theiler

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – PAGE 2
Cause No.: No. 2:17-cv-01492-MAT

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1969092 / 1408.0004